# Order

Michigan Supreme Court
Lansing, Michigan

March 29, 2010

139627

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

MATTHEW PETER O'NON,
        Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139627
COA: 291271
Leelanau CC: 04-001420-FC

_____/

        On order of the Court, the application for leave to appeal the July 16, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010

s0322

_____
Clerk